UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:22-cv-00491-RSM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE PLEAD TO THE COMPLAINT** |

BASED UPON DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, IT IS HEREBY ORDERED that Defendant The Lincoln National Life Insurance Company shall have an extension of time until Tuesday, June 7, 2022, to answer, move or otherwise plead to Plaintiff's Complaint.

SO ORDERED this 10th day of May, 2022.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER - 1
Case No. 2:22-cv-00491-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Russell S. Buhite
By: /s/ Bensy Benjamin
    Russell S. Buhite, WSBA # 41257
    Bensy Benjamin, WSBA #53842
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7057
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com
           bensy.benjamin@ogletree.com

*Attorneys for Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY*

Approved as to Form; Presentation Waived:

LAW OFFICE OF MEL CRAWFORD

By: /s/ Mel Crawford
    Mel Crawford, WSBA #22930
    9425 35th Avenue NE, Suite C
    Seattle, WA  98115
    Telephone:  (206) 694-1614
    Facsimile:  (206) 905-2342
    Email:  melcrawford@melcrawfordlaw.com

*Attorney for Plaintiff JANE DOE*

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER - 2
Case No. 2:22-cv-00491-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058