HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>                   Plaintiff<br><br>            v.<br><br>LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>                   Defendant. | STIPULATED MOTION FOR LEAVE TO<br>FILE "ADMINISTRATIVE RECORD"<br>UNDER SEAL AND [PROPOSED] ORDER<br><br>**NOTED FOR HEARING: May 24, 2022** |

## I.  Relief Requested

The parties respectfully move the Court, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5(g), to order that the "Administrative Record" in this action – the defendant insurance company's claim file – be filed under seal, without redactions.

## II.     Relevant Facts and Legal Authority

This action arises under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 et seq.  The parties agree the Court will need to consider Defendant's claim file

STIPULATED MOTION FOR LEAVE TO FILE RECORD
UNDER SEAL AND [PROPOSED] ORDER   - Page 1

No.  2:22-cv-00491-RSM

**LAW OFFICE OF MEL CRAWFORD**
9425 35th Avenue N.E. Suite C
Seattle, Washington  98115
Tel 206.694-1614  Fax 206.905-2342

to resolve the matter.  Such files have come to be called the "Administrative Record" in ERISA

benefit cases.  Here, that file is primarily medical records and other documents addressing

Plaintiff's medical condition.

Although Local Civil Rule 5(g) establishes a strong presumption in favor of public access

to court filings, the need to protect medical privacy qualifies as a "compelling reason" to allow

records to be filed under seal.  *Karpenski v. Am. Gen. Life Companies, LLC*, No. 2:12-CV-

01569-RSM, 2013 WL 5588312 at *1 (W.D. Wash. Oct. 9, 2013) (citing *Kamakana v. City and*

*County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)).  *See also Macon v. United Parcel*

*Serv., Inc*., No. C12-260 RAJ, 2013 WL 951013, at *5 (W.D. Wash. Mar. 12, 2013) (granting

unopposed motion to seal medical records given the "private nature of the documents at issue");

*Gary v. Unum Life Ins. Co. of Am*., No. 3:17-CV-01414-HZ, 2018 WL 1811470, at *3 (D. Or.

Apr. 17, 2018) ("[t]he parties have not presented, and the Court is not aware of, any cases where

medical information was not allowed to be filed under seal under the 'compelling reasons'

standard.").

Local Civil Rule 5.2(c) states that "in an action for benefits under the Social Security

Act" the "administrative record must be filed under seal" because those "actions are entitled to

special treatment due to the prevalence of sensitive information and the volume of filings." *Id*.

That reasoning applies to this action.  Sensitive information is found throughout the claim file.

As certified below, the parties discussed whether redaction would be a suitable

alternative.  Due to the volume of the record, and the extensive redaction that would be

necessary, the parties believe redaction is not a reasonable alternative.  Federal Rule of Civil

Procedure 5(d) provides that the "court may order that a filing be made under seal without

redaction" and the parties respectfully move the Court to so order here.

STIPULATED MOTION FOR LEAVE TO FILE RECORD
UNDER SEAL AND [PROPOSED] ORDER   - Page 2

No.  2:22-cv-00491-RSM

**LAW OFFICE OF MEL CRAWFORD**
9425 35th Avenue N.E. Suite C
Seattle, Washington  98115
Tel 206.694-1614  Fax 206.905-2342

### III.  Local Rule 5.2(g)(3)(A) Certification

The parties certify pursuant to Local Rule 5.2(g)(3)(A) that attorneys for both parties conferred by telephone on May 23, 2022, to discuss filing the record under seal and to explore redaction and other alternatives to filing under seal.  They agreed redaction was not a reasonable means to protect Plaintiff's medical privacy, because the documents would need to be so extensively redacted.

### IV.  Conclusion

The parties respectfully move the Court to order that the "Administrative Record" in this action be filed under seal, without redaction.

RESPECTFULLY SUBMITTED this 24th day of May 2022.


LAW OFFICE OF MEL CRAWFORD


By s/*Mel Crawford*
   Mel Crawford, WSBA # 22930
   melcrawford@melcrawfordlaw.com
Attorney for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: s/*Russell S. Buhite*
   Russell S. Buhite, WSBA #41257
   Russell.Buhite@ogletree.com

By: s/*Bensy Benjamin*
   Bensy Benjamin, WSBA #53842
   Bensy.Benjamin@ogletree.com

Attorneys for Defendant Lincoln National Life Insurance Co.

STIPULATED MOTION FOR LEAVE TO FILE RECORD
UNDER SEAL AND [PROPOSED] ORDER   - Page 3

No.  2:22-cv-00491-RSM

**LAW OFFICE OF MEL CRAWFORD**
9425 35th Avenue N.E. Suite C
Seattle, Washington  98115
Tel 206.694-1614  Fax 206.905-2342

1

2

**ORDER**

3

        IT IS SO ORDERED.  The Court GRANTS the parties' stipulated motion and ORDERS

4

that the administrative record in this action be filed and maintained under seal.  Pursuant to

5

Federal Rule of Civil Procedure 5(d), the record need not be redacted.

6

        DATED this _____ day of _____ 2022.

7

8

9

10

11

_____

Honorable Ricardo S. Martinez

Chief United State District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION FOR LEAVE TO FILE RECORD
UNDER SEAL AND [PROPOSED] ORDER   - Page 4

No.  2:22-cv-00491-RSM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

<u>CERTIFICATE OF SERVICE</u>

I certify that on the date noted below I electronically filed this document using the

CM/ECF system which will send notification of such filing to the following persons:

Russell S. Buhite
Bensy Benjamin
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Russell.Buhite@ogletree.com
Bensy.Benjamin@ogletree.com

DATED this 24th day of May 2022 at Seattle, Washington.

*s/Mel Crawford*
Mel Crawford

STIPULATED MOTION FOR LEAVE TO FILE RECORD
UNDER SEAL AND [PROPOSED] ORDER   - Page 5

No.  2:22-cv-00491-RSM